UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 12-12085

| | |
|---|---|
| Stergios Papadopoulos, | ) |
| Plaintiff | ) |
| v. | ) |
| LNV Corporation, Avelo Mortgage LLC, and Orlans Moran PLLC, | ) |
| Defendants | ) |

## ORLANS MORAN'S MOTION TO DISMISS

NOW COMES the Defendant, Orlans Moran PLLC (hereinafter referred to as "Orlans Moran") and hereby respectfully requests that this Honorable Court dismiss the current action, with prejudice, pursuant to Fed.R.Civ.P. 12(b)(6).

In support thereof, Orlans Moran states the following:

1. The Plaintiff has failed to state a claim upon which relief can be granted.
2. Orlans Moran refers the Court to the supporting Memorandum of Law.

Respectfully submitted,
Orlans Moran PLLC,
By its Attorney,

/s/ Effie Gikas
Effie L. Gikas, Esq., BBO # 654693
Orlans Moran, PLLC
45 School Street, 2nd Floor
Boston, Massachusetts 02108
(617) 502-4118

1

## CERTIFICATE OF SERVICE

I, Effie L. Gikas, hereby certify that on this 15th day of November, 2012, the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and I served a true and accurate copy of the foregoing document to counsel of record via first class mail as follows:

| | |
|---|---|
| Jonas A. Jacobson, Esq.<br>Law Offices of Jonas Jacobson<br>872 Massachusetts Avenue, Unit 1-6<br>Cambridge, MA 02139 | Maura K. McKelvey, Esq.<br>Hinshaw & Culbertson, LLP<br>28 State Street, 24th Floor<br>Boston, MA 02109 |

Avelo Mortgage, LLC
250 E. John Carpenter Freeway
Suite 300
Irving, TX 75062

/s/Effie L. Gikas
Effie L. Gikas