# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| |  |
|---|---|
| STERGIOS PAPADOPULOS,<br><br>   Plaintiffs,<br><br>v.<br><br>LNV CORPORATION, AVELO MORTGAGE, LLC, AND ORLANS MORAN PLLC<br><br>   Defendants. | CIVIL ACTION NO: 12-12085 |

## DEFENDANT, LNV CORPORATION'S MOTION TO DISMISS PLAINTIFF'S VERIFIED COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant, LNV Corporation ("LNV"), moves to dismiss Plaintiff's Verified Complaint with prejudice. In support of its motion, LNV submits the accompanying Memorandum of Law in Support of its Motion to Dismiss.

WHEREFORE, the Defendant, LNV Corporation, respectfully requests that this Honorable Court dismiss Plaintiff's Verified Complaint in its entirety with prejudice.

Respectfully submitted,

The Defendant,
**LNV Corporation,**
By Its Attorneys,

*/s/ Jennifer S. Bunce*
Maura K. McKelvey, BBO # 600760
Jennifer S. Bunce, BBO # 663348
Hinshaw & Culbertson LLP
28 State Street, 24th Floor
Boston, MA 02109-1775
Tel: (617) 213-7000 / Fax: (617) 213-7001
Email: mmckelvey@hinshawlaw.com
jbunce@hinshawlaw.com

Date: November 15, 2012

34296788v1 0940804

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

In accordance with Local Rule 7.1(a)(2), I, Jennifer S. Bunce, do hereby certify that I conferred with Plaintiff's counsel regarding Defendant's Motion to Dismiss Plaintiff's Verified Complaint.

*/s/ Jennifer S. Bunce*
Jennifer S. Bunce

## CERTIFICATE OF SERVICE

I, Jennifer S. Bunce, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants, if any, on November 15, 2012.

*/s/ Jennifer S. Bunce*
Jennifer S. Bunce

34296788v1 0940804