UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. NO.: 2012:12085

STERGIOS PAPADOPOULOS,
    Plaintiff,

v.

LNV CORPORATION and AVELO MORTGAGE, LLC, ORLANS MORAN, PLLC
    Defendants

## NOTICE OF MOTION AND MOTION TO REMAND REMOVED ACTION, per 28 U.S.C. 1447(c)

NOW COMES the Plaintiff, Stergios Papadopoulos (a/k/a Stergios Papadopulos)[1] and moves this this Honorable Federal District Court to REMAND This action to the Essex Superior Court Department of the Massachusetts Trial Court (herein the "Essex Superior Court") as soon as is practicable.

This motion is made on the ground that the cause was improperly removed and is not within the jurisdiction of this court, insofar as Avelo Mortgage, LLC has not assented to removal, despite having been served, and because Julie Taylor Moran, Esq., MEMBER, of Orlans | Moran, PLLC, resides in Massachusetts, and an unincorporated association, like a limited liability company, is a citizen, for diversity purposes, wherever its members reside. Mr. Papadopulos, the Plaintiff in this case, resides in Massachusetts.

Accordingly, this court has no jurisdiction of the State law claims asserted in the complaint. The complaint herein does not present a claim or right arising under the Constitution, treaties, or laws of the United States. None of the Defendants are defendant are of the type, or parties referred to in Section

---

[1] The Plaintiff's name is actually spelled Papadopulos, but was improperly stated as Papadopoulos due to a scrivner's error, compounded by Plaintiff's counsel's heavy reliance on modern software.

1

1442 of Title 28 of the United States Code

Because this controversy is not wholly between citizens of different states, defendant Orlans | Moran, PLLC being a citizen of Massachusetts for Federal Diversity Purposes, the same state as that of which plaintiff is a citizen, this case must be REMANDED. Plaintiff further moves this court for an order that defendant, LNV Corporation, pay plaintiff for all his costs and actual expenses, including attorney's fees, incurred by reason of the removal proceedings. An Affidavit of Counsel and a memorandum of law in support of the above motion are attached hereto and made a part hereof.

WHEREFORE, the Plaintiff, Stergios Papadopulos, humbly requests this Honorable Court REMAND the within action to the Essex Superior Court and ORDER the Defendant, LNV Corporation, to pay to the Plaintiff a reasonable attorney's fee for this improper removal.

    Respectfully Submitted
    The Plaintiff
    By his Attorney,

    /S/ Jonas Jacobson

    _____
    Jonas A. Jacobson (BBO: 676581)
    Law Offices of Jonas Jacobson
    872 Massachusetts Ave., Unit 1-6
    Cambridge, MA 02139
    (p) 617.230.2779
    (f) 617.849.5547
    jonas@jonasjacobson.com

CERTIFICATION OF COUNSEL

I certify that this document, the Affidavit of Counsel filed herewith, and the Memorandum in Support of this Motion were all served on counsel of record via the CM/ECF system.

    /S/ Jonas A. Jacobson