UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 2012:12085

Stergios Papadopoulos,

Plaintiff

v.

LNV Corporation, Avelo Mortgage, LLC, and Orlans Moran PLLC,

Defendants

## Orlans Moran's Opposition to Plaintiff's Motion to Remand

NOW COMES Orlans Moran, PLLC, Defendant in the above-captioned matter (hereinafter referred to as "Orlans Moran"), and hereby opposes Plaintiff's Motion to Remand.

### *Introduction*

The primary claim in Plaintiff's Complaint is whether or not Defendant LNV Corporation has the right to foreclose on the property located at 8 Olde Berry Road, Andover, Massachusetts ("the Property"). The Plaintiff has at this point been in default on the loan for almost three years.

By trying to remand his frivolous case back to the Superior Court while a Motion to Dismiss is pending, Plaintiff is attempting to delay this action and his free time at the Property. In doing so, Plaintiff's primary argument is that there is no diversity jurisdiction because Orlans Moran is located in Boston and the managing partner of the Boston office, Julie Moran (who is not a named party in this action), resides in Massachusetts. In opposition to Plaintiff's Motion to Remand, Orlans Moran states the following: 1) Plaintiff's Motion to Remand has been filed as a stall tactic in response to Orlans Moran's Motion to Dismiss; 2) Orlans Moran has been named as a party to this action with absolutely no basis; and 3) Orlans Moran is a Foreign Limited

Liability Company based in Michigan and thus the fact that Orlans Moran is a party in this action is insufficient to defeat diversity jurisdiction.

## *Legal Argument*

Although Plaintiff raises a myriad of claims in his Complaint, he has failed to demonstrate any support for them, in particular as to any liability on the part of foreclosure counsel, Orlans Moran. (These claims are all fully addressed in Orlans Moran's Motion to Dismiss, which was filed with the Court prior to Plaintiff's Motion to Remand.) Plaintiff has added foreclosure counsel in this frivolous suit with no real basis for naming the law firm. He is now trying to buy more free time at the Property by trying to use Orlans Moran as the means to remand the case to Superior Court.

### I. THERE IS NO BASIS FOR ORLANS MORAN TO BE NAMED AS A DEFENDANT IN THIS ACTION.

Plaintiff claims that Orlans Moran violated the FDCPA because Orlans Moran knew or should have known that LNV lacked standing to proceed with foreclosure. However, standing has already been established by the Land Court and a proper chain of title is on the record. In addition, as mentioned previously, the Land Court action itself does not address the debt figures and thus does not amount to a violation of the FDCPA. Most importantly, as foreclosure counsel for LNV, Orlans Moran cannot be held liable for claims brought against their client. "Generally speaking an attorney is 'immune from liability to third persons arising from the performance of his professional activities as an attorney on behalf of and with the knowledge of his client.'" Sain v. HSBC Mortgage Services, 2009 U.S. Dist. Ct. LEXIS 77336. More specifically, earlier this year, the Court in Manson v. GMAC Mortgage, LLC stated:

> A lawyer representing a lender owes no duty to the borrower. See Balerna v. Gilberti, 2012 WL 379592, at *2n.4 (D. Mass. Feb. 7, 2012) ("Massachusetts law makes it plain as

a pikestaff that an attorney does not owe a fiduciary duty to a person who she does not represent.") Darlene Manson, et al. v. GMAC Mortgage LLC, et al., 2012 U.S. Dist. LEXIS 59492, at 28 (D. Mass. Apr. 30, 2012).

According to the Restatement of the Law (Third) Governing Lawyers, an attorney is not held liable merely for being an advocate on behalf of his/her client. To find an attorney liable for the actions of his/her is not only unfair but it also impedes effective representation of the client.

II. **ORLANS MORAN IS A FOREIGN CORPORATION AND THUS THIS CASE MEETS THE REQUIREMENTS FOR DIVERSITY JURISDICTION.**

Diversity jurisdiction is governed by 28 U. S. C. §1332(c)(1), which provides that "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and *of the State where it has its principal place of business*." (emphasis added) Although Orlans Moran has an office in Boston, Orlans Moran is a Foreign Limited Liability Company, based in Troy, Michigan, which is authorized to transact business in Massachusetts. (*Exhibit A*) The Chief Executive Officer of Orlans Moran is Linda Orlans, a Michigan resident and attorney. Julie Moran, a Massachusetts resident and attorney, manages the Boston office on behalf of the firm. Julie Moran is not a named defendant in this action.

On February 23, 2010, the United States Supreme Court unanimously held in The Hertz Corporation v. Melinda Friend, et. al., that a corporation's principal place of business is presumed to be the place of the corporation's "nerve center" from where its officers conduct the corporation's important business. "We believe that the 'nerve center' will typically be found at the corporation's headquarters." Hertz Corp. v. Friend, 2010 U.S. LEXIS 1897, 130 S. Ct. 1181 (Feb. 23, 2010). In the present case, Orlans Moran's headquarters, is located at

1650 Big Beaver Road, Troy, Michigan. This is sufficient for this action to remain in this Court based on diversity jurisdiction.

### *Conclusion*

The Plaintiff has dragged foreclosure counsel Orlans Moran into this action based on claims made against the mortgagee, LNV. There is no evidence to support any of Plaintiffs' allegations- The subject loan does not fall into the statutory definition of a "predatory loan", and the issue of LNV registering in Massachusetts as a foreign corporation is at this point moot since the registration took place prior to the issuance of the Land Court Judgment. Finally, it is undisputed that the Plaintiff has been in default for over two and a half years. The claims made by the Plaintiff are entirely baseless, in particular as to Orlans Moran, since there is no justification for keeping foreclosure counsel as a party in this action.

WHEREFORE, Orlans Moran respectfully requests that this Honorable Court deny Plaintiffs' Motion to Remand, and make a decision on Orlans Moran's Motion to Dismiss as soon as possible.

    Respectfully submitted,
    Orlans Moran, PLLC,
    By its Attorney,

    /s/ Effie L. Gikas
    Effie L. Gikas, Esq., BBO # 654693
    Orlans Moran, PLLC
    45 School Street
    Boston, Massachusetts 02108
    (617) 502-4109
    egikas@orlansmoran.com

DATED: December 7, 2012



# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

## ORLANS MORAN PLLC Summary Screen

[?] Help with this form

[ Request a Certificate ]

| | |
|---|---|
| The exact name of the Foreign Limited Liability Company (LLC): ORLANS MORAN PLLC<br>The name that is used to transact business in MA: ORLANS MORAN LLC | |
| **Entity Type:** Foreign Limited Liability Company (LLC) | |
| **Identification Number:** 208996074<br><br>**Old Federal Employer Identification Number (Old FEIN):** 000955325 | |
| **Date of Registration in Massachusetts:** 07/05/2007 | |
| **The is organized under the laws of:**  State: MI   Country: USA  on:  May 8 2007 | |
| **The location of its principal office:**<br>No. and Street:     1650 BIG BEAVER RD.<br>City or Town:        TROY       State: MI       Zip: 48084        Country: USA | |
| **The location of its Massachusetts office, if any:**<br>No. and Street:    45 SCHOOL ST., 2ND FLOOR<br>City or Town:       BOSTON                                     State: MA   Zip: 02108   Country: USA | |
| **The name and address of the Resident Agent:**<br>Name:                JULIE MORAN<br>No. and Street:     45 SCHOOL ST., 2ND FLOOR<br>City or Town:       BOSTON        State: MA       Zip: 02108        Country: USA | |

**The name and business address of each manager:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| MANAGER | LINDA M. ORLANS | 1650 BIG BEAVER RD.<br>TROY, MI 48084 USA |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| REAL PROPERTY | JULIE MORAN | 45 SCHOOL ST., 2ND FLOOR<br>BOSTON, MA 02108 USA |

| __ Consent | __ Manufacturer | __ Confidential Data | __ Does Not Require Annual Report |
| __ Partnership | __ Resident Agent | __ For Profit | __ Merger Allowed |

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Annual Report
Annual Report - Professional
Application For Registration
Certificate of Amendment
Certificate of Cancellation

[ View Filings ]    [ New Search ]

**Comments**

© 2001 - 2012 Commonwealth of Massachusetts
All Rights Reserved

Help