C. A. NO.: 2012:12085

STERGIOS PAPADOPOULOS,
     Plaintiff,

v.

LNV CORPORATION and AVELO MORTGAGE, LLC, ORLANS MORAN, PLLC
     Defendants

## PLAINTIFF'S OPPOSITION TO DEFENDANT LNV CORPORATION'S MOTION TO DISMISS

NOW COMES the Plaintiff, Stergios Papadopoulos, and moves this Honorable Court to DENY the

Defendant LNV Corporation's Motion to Dismiss, in its entirety, and to award the Plaintiff his fees and

costs associated with the drafting of this Motion, the Plaintiff relies on the Memorandum filed

herewith.


Respectfully Submitted
The Plaintiff                       December 28th, 2012
By his Attorney,

/S/ Jonas Jacobson
_____
Jonas A. Jacobson (BBO: 676581)
Law Offices of Jonas Jacobson
872 Massachusetts Ave., Unit 1-6
Cambridge, MA 02139
(p) 617.230.2779
(f) 617.849.5547
jonas@jonasjacobson.com

<u>CERTIFICATION OF COUNSEL</u>

I certify that this document, and the Memorandum in Support of this Opposition were all served on counsel of record via the CM/ECF system.

/S/ Jonas A. Jacobson