C. A. NO.: 2012:12085

STERGIOS PAPADOPOULOS,
    Plaintiff,

v.

LNV CORPORATION and AVELO MORTGAGE, LLC, ORLANS MORAN, PLLC
    Defendants

# PLAINTIFF'S MOTION TO STRIKE CERTAIN EXHIBITS ATTACHED TO DEFENDANT ORLANS | MORAN, PLLC'S MOTION TO DISMISS THE VERIFIED COMPLAINT, OR IN THE ALTERNATIVE TO TREAT THE DEFENDANT'S MOTION AS ONE FOR SUMMARY JUDGMENT

NOW COMES the Plaintiff Stergios Papadopulos, and moves this Honorable Court to STRIKE Exhibits C, D, I of the Defendant Orlans | Moran, PLLC from the Record, as reasons therefore, the Plaintiff states as follows:

(1). Exhibit C is not attached to the Verified Complaint, or any other documents filed by the Plaintiff, and is not properly before the Court on a Motion to Dismiss.

(2). Exhibit D contains personal identifying information of the Plaintiff.

(3). Exhibit I is not attached to the Verified Complaint, or any other documents filed by the Plaintiff, and is not properly before the Court on a Motion to Dismiss.

WHEREFORE, the Plaintiff humbly requests this Honorable Court ALLOW his Motion to STRIKE Exhibits C, D, and I of the Defendant Orlans | Moran, PLLC's Motion to Dismiss the Plaintiff's Complaint.

Respectfully Submitted
The Plaintiff
By his Attorney, December 28th, 2012

/S/ Jonas Jacobson
_____
Jonas A. Jacobson (BBO: 676581)
Law Offices of Jonas Jacobson
872 Massachusetts Ave., Unit 1-6
Cambridge, MA 02139
(p) 617.230.2779
(f) 617.849.5547
jonas@jonasjacobson.com

CERTIFICATION OF COUNSEL

I certify that this document, the was served on counsel of record via the CM/ECF system.

    /S/ Jonas A. Jacobson

CERTIFICATION PURSUANT TO LOCAL RULE 7.1
===

I hereby certify that on December 28th, 2012, I did reach out to counsel for Orlans | Moran, PLLC to try and narrow the issues, but Counsel was not available, so I left a message.

    /S/ Jonas A. Jacobson