UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STERGIOS PAPADOPULOS,<br><br>    Plaintiffs,<br><br>v.<br><br>LNV CORPORATION, AVELO MORTGAGE, LLC, AND ORLANS MORAN PLLC<br><br>    Defendants. | CIVIL ACTION NO: 12-12085 |

## JOINT SCHEDULING STATEMENT

The Plaintiff, Stergios Papadopulos, and Defendants, LNV Corporation ("LNV") and Orlans Moran PLLC ("Orlans") (collectively the "Parties")[1] in the above captioned action submit the following Joint Statement in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1.

**I.    Certification of Conference**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(B), counsel for the Parties, Jonas Jacobson for Plaintiff, Maura K. McKelvey and Jennifer S. Bunce for LNV and Effie Gikas for Orlans conferred on January 16-18, 2013 regarding preparing an agenda for matters to be discussed at the scheduling conference, preparing a proposed pretrial schedule and discovery plan and considering whether they will consent to a trial by magistrate judge.

---

[1] Defendant, Avelo Mortgage, LLC has not filed an appearance in this case.

**II.     Proposed Agenda for Scheduling Conference**

    1.    Oral argument on the following:

        a.    Plaintiff's Motion to Remand (Docket Entry Nos. 12-14), LNV's Opposition (Docket Entry No. 20) and Orlans' Opposition (Docket Entry No. 21);

        b.    Plaintiff's Motion for a Preliminary Injunction, LNV's Opposition and Orlans' Opposition (Docket Entry No. 15);

        c.    LNV's Motion to Dismiss (Docket Entry Nos. 8-9) and Plaintiff's Opposition (Docket Entry Nos. 23-24);

        d.    Orlans' Motion to Dismiss (Docket Entry Nos. 7 and 10), Plaintiff's Opposition (Docket Entry Nos: 25-26) and Plaintiff's Motion to Strike Exhibits attached to Orlans' Motion to Dismiss (Docket Entry No. 27); and

        e.    Plaintiff's Motion to Stay (Docket Entry No. 16) and LNV's Opposition (Docket Entry No. 22).

    2.    Discussion of Proposed Discovery Plan and Schedule for Filing Motions if necessary.

**III.    Proposed Discovery Plan and Schedule for Filing Motions**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(B), the Parties propose the following discovery plan deadlines to be utilized in the event the Court denies LNV's and Orlans' Motions to Dismiss:

1.    <u>Service of Initial Disclosures</u>

Fourteen (14) Days from the date the Court issues its Order on the Motions to Dismiss

2. <u>Completion of Written Discovery and Non-Expert Depositions</u>

   Six (6) Months from the date the Court issues its Order on the Motions to Dismiss

3. <u>Dispositive Motions If No Experts Are Utilized</u>

   Eight (8) Months from the date the Court issues its Order on the Motions to Dismiss

4. <u>Plaintiffs' Designation of Expert Testimony</u>

   Six (6) Months from the date the Court issues its Order on the Motions to Dismiss

5. <u>Completion of Plaintiffs' Experts' Depositions</u>

   Eight (8) Months from the date the Court issues its Order on the Motions to Dismiss

6. <u>Defendant's Designation of Expert Testimony</u>

   Eight (8) Months from the date the Court issues its Order on the Motions to Dismiss

7. <u>Completion of Defendant's Experts' Depositions</u>

   Ten (10) Months from the date the Court issues its Order on the Motions to Dismiss

8. <u>All Dispositive Motions if Expert Discovery is Necessary</u>

   Twelve (12) Months from the date the Court issues its Order on the Motions to Dismiss

**IV.  Certifications**

The Parties will file Certifications pursuant to Local Rule 16.1(D)(3) as a separate pleading in compliance with the Court's December 4, 2012 Order.

34317282 0940804

Respectfully submitted,

| The Plaintiff, | The Defendant, |
|---|---|
| **Stergios Papadopulos,** | **LNV Corporation,** |
| By his Attorney, | By its Attorneys, |

| */s/ Jonas A. Jacobson* _____ | */s/ Jennifer S. Bunce*_____ |
|---|---|
| Jonas A. Jacobson, BBO # 676581 | Maura K. McKelvey, BBO # 600760 |
| Law Offices of Jonas Jacobson | Jennifer S. Bunce, BBO # 663348 |
| 872 Massachusetts Avenue, Unit 1-6 | Hinshaw & Culbertson LLP |
| Cambridge, MA 02139 | 28 State Street, 24th Floor |
| Tel: (617) 230-2779 / Fax: (617) 849-5547 | Boston, MA 02109-1775 |
| Email: jonas@jonasjacobson.com | Tel: (617) 213-7000/ Fax: (617) 213-7001 |
| | Email:  mmckelvey@hinshawlaw.com |
| | jbunce@hinshawlaw.com |

The Defendant,
**Orlans Moran PLLC,**
By its Attorney,

*/s/ Effie L. Gikas*  _____
Effie L. Gikas, BBO # 654693
Orlans Moran PLLC
45 School Street, 2nd Floor
Boston, MA 02108
Tel: (617) 502-4109
Email:  egikas@orlansmoran.com

## CERTIFICATE OF SERVICE

I, Jennifer S. Bunce, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 18, 2013.

*/s/  Jennifer S. Bunce*
Jennifer S. Bunce