**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

C. A. NO.: 2012:12085

STERGIOS PAPADOPOULOS,
    Plaintiff,

v.

LNV CORPORATION and AVELO MORTGAGE, LLC, ORLANS MORAN, PLLC
    Defendants

### PLAINTIFF'S MOTION TO RECONSIDER THE DISMISSAL OF ORLANS | MORAN, PLLC, AND TO REMAND THESE PROCEEDINGS TO STATE COURT

NOW COMES the Plaintiff, Stergios Papadopulos, and moves this Honorable Court to RECONSIDER its decision to dismiss the Plaintiff's Claims against Orlans | Moran, PLLC. As reasons therefore, the Plaintiff relies on the Memorandum Submitted herewith, and states as follows:

(1). Whether or not the Order compelling LNV Corporation to register was interlocutory or not, the Plaintiff's claims center around the circumstances at the time of the *filing* of the Servicemember's case – not around its eventual result.

(2). In a debt collection case, the applicable standard is not whether the debt sought to be collected related to the Plaintiff's "primary residence," but on whether the debt was "primarily for personal or household purposes."

(3). A Servicemember's case is prefatory to a foreclosure, as evidenced by LNV Corporation's complaint in the Servicemember's case at issue; and Courts in this District, and elsewhere have routinely held that a foreclosing law firm may be liable under the FDCPA, from which the Massachusetts Debt Collection Laws and Regulations draw analogy.

(4). In any case, because Orlans | Moran, PLLC, made a mistake, Mr. Papadopulos must now

1

seek the recovery of additional costs and fees from LNV Corporation, and those costs and fees were the result of Orlans' negligence in filing the Servicemember's case, so under an exception to the "American Rule," Mr. Papadopulos is entitled to recover his attorney's fees from Orlans.

WHEREFORE, the Plaintiff, Stergios Papadopulos humbly requests this Honorable Court ALLOW his Motion to Reconsider, and REMAND this Action to the State Court, where it belongs.

Respectfully Submitted
The Plaintiff
By his Attorney,                                      February 4th, 2012

/S/ Jonas Jacobson
_____
Jonas A. Jacobson (BBO: 676581)
Law Offices of Jonas Jacobson
872 Massachusetts Ave., Unit 1-6
Cambridge, MA 02139
(p) 617.230.2779
(f) 617.849.5547
jonas@jonasjacobson.com

## CERTIFICATION OF COUNSEL

I certify that this document, the was served on counsel of record via the CM/ECF system.

/S/ Jonas A. Jacobson