UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STERGIOS PAPADOPULOS,<br><br>    Plaintiffs,<br><br>v.<br><br>LNV CORPORATION, AVELO MORTGAGE, LLC, AND ORLANS MORAN PLLC<br><br>    Defendants. | CIVIL ACTION NO: 12-12085 |

## DEFENDANT, LNV CORPORATION'S MOTION TO STRIKE PLAINTIFF'S DOCKET ENTRY NO. 36

Defendant, LNV Corporation ("LNV"), respectfully requests that this Honorable Court strike Plaintiff's incorrectly titled Memorandum in Support of His Opposition to Defendnt (sic) Orlans Moran, PLLC's Motion to Dismiss relating to Plaintiff's opposition to LNV's Motion to Dismiss (Docket Entry No. 36) because it does not assist the Court in deciding LNV's Motion to Dismiss. In support of its motion, LNV submits the accompanying Memorandum of Law in Support of its Motions to Strike. Additionally, Defendant, Orlans Moran PLLC, will not oppose this motion.[1]

WHEREFORE, for the reasons set forth, the Defendant, LNV Corporation, respectfully requests that this Honorable Court strike Docket Entry No. 36 entitled Memorandum in Support of His Opposition to Defendnt (sic) Orlans Moran, PLLC's Motion to Dismiss from the record.

---

[1] Defendant, Avelo Mortgage, LLC has not filed an appearance in this case.

Respectfully submitted,

The Defendant,
**LNV Corporation,**
By Its Attorneys,

*/s Jennifer S. Bunce*
Maura K. McKelvey, BBO # 600760
Jennifer S. Bunce, BBO # 663348
Hinshaw & Culbertson LLP
28 State Street, 24th Floor
Boston, MA 02109-1775
Tel: (617) 213-7000 / Fax: (617) 213-7001
Email:  mmckelvey@hinshawlaw.com

Date:   February 15, 2013              jbunce@hinshawlaw.com

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

In accordance with Local Rule 7.1(a)(2), I, Jennifer S. Bunce, do hereby certify that I conferred with counsel regarding the LNV's Motion to Strike Docket Entry No. 36.

*/s/ Jennifer S. Bunce*
Jennifer S. Bunce

## **CERTIFICATE OF SERVICE**

I, Jennifer S. Bunce, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants, if any, on February 15, 2013.

*/s/ Jennifer S. Bunce*
Jennifer S. Bunce