UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STERGIOS PAPADOPULOS,<br><br>    Plaintiffs,<br><br>v.<br><br>LNV CORPORATION, AVELO MORTGAGE, LLC, AND ORLANS MORAN PLLC<br><br>    Defendants. | CIVIL ACTION NO: 12-12085 |

**DEFENDANT, LNV CORPORATION'S MOTION TO STRIKE PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF HIS MOTION TO REMAND, AND FOR LEAVE TO AMEND HIS COMPLAINT TO ADD CLAIMS AGAINST AVELO MORTGAGE, LLC IN STATE COURT**

Defendant, LNV Corporation ("LNV"), respectfully requests that this Honorable Court strike Plaintiff's Supplemental Memorandum in Support of His Motion to Remand, and For Leave to Amend His Complaint to Add Claims Against Avelo Mortgage, LLC in State Court (Docket Entry No. 37) because it does not assist the Court in deciding Plaintiff's Motion to Remand. In support of its motion, LNV submits the accompanying Memorandum of Law in Support of its Motions to Strike. Additionally, Defendant, Orlans Moran PLLC, will not oppose this motion.[1]

WHEREFORE, for the reasons set forth, the Defendant, LNV Corporation, respectfully requests that this Honorable Court strike Docket Entry No. 37 entitled Plaintiff's Supplemental Memorandum in Support of His Motion to Remand, and For Leave to Amend His Complaint to Add Claims Against Avelo Mortgage, LLC in State Court from the record.

---

[1] Defendant, Avelo Mortgage, LLC has not filed an appearance in this case.

Respectfully submitted,

The Defendant,
**LNV Corporation,**
By Its Attorneys,

*/s Jennifer S. Bunce*
Maura K. McKelvey, BBO # 600760
Jennifer S. Bunce, BBO # 663348
Hinshaw & Culbertson LLP
28 State Street, 24th Floor
Boston, MA 02109-1775
Tel: (617) 213-7000 / Fax: (617) 213-7001
Email: mmckelvey@hinshawlaw.com
jbunce@hinshawlaw.com

Date: February 15, 2013

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

In accordance with Local Rule 7.1(a)(2), I, Jennifer S. Bunce, do hereby certify that I conferred with counsel regarding the LNV's Motion to Strike Plaintiff's Supplemental Memorandum.

*/s/ Jennifer S. Bunce*
Jennifer S. Bunce

**CERTIFICATE OF SERVICE**

I, Jennifer S. Bunce, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants, if any, on February 15, 2013.

*/s/ Jennifer S. Bunce*
Jennifer S. Bunce