**UNITED STATES DISTRICT COURT**

C.A.No.: 2012:12085

| |
|---|
| **STERGIOS PAPADOPOULOS,**<br>    Plaintiff,<br><br>v.<br><br>**LNV CORPORATION and AVELO MORTGAGE, LLC, ORLANS MORAN, PLLC**<br>    Defendants |

### STERGIOS PAPADOPULOS OMNIBUS OPPOSITION TO DEFENDANT LNV CORPORATION'S MOTIONS TO STRIKE

NOW COMES the Plaintiff, Stergios Papadopulos, and moves this Honorable Court to DENY the Defendant LNV Corporation's Motions to Strike Plaintiff's Supplemental Memorandum in Support of His Motion to Remand These Proceedings to State Court, the Defendant LNV Corporation's Motion to Strike the Plaintiff's Supplemental Memorandum in Support of its Motion to Remand These Proceedings to State Court with Respect to Avelo Mortgage, LLC, and Defendant's Motion to Strike Plaintiff's Motion to Reconsider the Dismissal of Orlans Moran, PLLC, and the Memorandum in Support of the Same filed Therewith.

    As reasons therefore, the Plaintiff relies on the Memorandum submitted herewith, and states as follows:

- (1). The Court requested additional materials at the parties' Initial Status Conference, which materials the Plaintiff provided. The Court was entitled to request those materials pursuant to case law allowing piercing of the Pleadings in certain remand cases, and particularly in light of the First Circuit's recent ruling on post-dismissal amendments in *Juarez v. Select Portfolio Servicing*.

1

(2). The Defendant cites case law either irrelevant, or inapposite to the matter at hand, and simply seeks to distract the Court from the relevant question: whether a Servicemember's case is prefatory to the collection of a debt, by lobbing about disingenuously edited, dicta, which in whole part, appears actually designed to preserve consumer rights.

(3). The Defendant asks the Court to use meaningless procedural gaffs to avoid substantive equitable relief, which application, in and of itself, speaks to the virtues of the Defendant's Motions to Strike, and its case in chief.

WHEREFORE, the Plaintiff Stergios Papadopulos humbly requests this Honorable Court DENY the Defendant LNV Corporation's various Motions to Strike, consider the supplemental materials supplied by the Plaintiff, and remand this case to the Essex Superior Court Department of the Massachusetts Trial Court. The Plaintiff requests his fees, associated with this motion.

Respectfully Submitted
The Plaintiff
By his Attorney,

/S/ Jonas A. Jacobson                                    March 1st, 2013

Jonas A. Jacobson (BBO: 676581)
Law Offices of Jonas Jacobson
872 Massachusetts Ave., Unit 1-6
Cambridge, MA 02139
(p) 617.230.2779
(f) 617.849.5547
jonas@jonasjacobson.com

CERTIFICATION OF COUNSEL

I certify that this document, and the Omnibus Memorandum in Support of this Opposition were both served on counsel of record via the CM/ECF system.

    /S/ Jonas A. Jacobson